■ ADAM VILLAR, Appellant, v TIMOTHY B. HOWARD, Erie County Sheriff, Respondent. (Appeal No. 2.) [3 NYS3d 669]— Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered April 3, 2013. The order denied the motion of plaintiff for leave to amend his complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Villar v Howard* ([appeal No. 1] 126 AD3d 1297 [2015]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ ADAM VILLAR, Appellant, v TIMOTHY B. HOWARD, Erie County Sheriff, Respondent. (Appeal No. 3.) [3 NYS3d 670]— Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered May 21, 2013. The order denied the motion of plaintiff seeking leave to renew.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Villar v Howard* ([appeal No. 1] 126 AD3d 1297 [2015]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ BRIAN SCHNEIDER et al., Appellants-Respondents, v GREG E. BOBERG, Individually and Doing Business as GREG BOBERG CONSTRUCTION Respondent-Appellant. [3 NYS3d 924]—Appeal and cross appeal from an order of the Supreme Court, Cattaraugus County (Paula L. Feroleto, J.), entered March 21, 2014. The order denied the motion of plaintiffs for partial summary judgment, and granted in part and denied in part the cross motion of defendant for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 9, 2015,

It is hereby ordered that said appeal and cross appeal are dismissed without costs upon stipulation.

All concur except Fahey, J., who is not participating. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.